■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLYN HENRIQUEZ, Appellant. [705 NYS2d 893] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered March 10, 1998, convicting defendant, after a jury trial, of burglary in the first degree (two counts) and attempted robbery in the first degree, and sentencing him to concurrent terms of 8 to 16 years, 8 to 16 years, and 4 to 8 years, unanimously affirmed.

Defendant's challenge to the court's jury charge on the elements of attempted robbery in the first degree is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that any error in these instructions was harmless in light of the evidence and the issues raised by defendant at trial.

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR MEDINA, Appellant. [707 NYS2d 153] —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered April 25, 1997, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Credibility and identification issues were properly placed before the jury and we see no reason to disturb its findings.

The court properly admitted a photograph of defendant depicting him with a darker complexion than he had at the time of trial. The photograph was not unduly prejudicial, and it was relevant to explain why, at trial, defendant's complexion was considerably lighter than it was described by a witness to be at the time of the shooting, which had occurred during the summer. Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.